1

The Honorable Thomas S. Zilly

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10 JAMES BIRD and TITAN INSURANCE,          )
                                            )
11                          Plaintiffs,      )     No. 2:10-cv-00991-TSZ
                                            )
12 v.                                        )     STIPULATION AND ORDER RE:
                                            )     ARBITRATION
13 METROPOLITAN CASUALTY INSURANCE )
   COMPANY, METROPOLITAN PROPERTY )              AND
14 & CASUALTY INSURANCE COMPANY,             )
                                            )     WITHDRAWAL OF CERTAIN
15                          Defendants.      )     MOTIONS
                                            )
16 _____)

17                    **I.    STIPULATION**

18        James Bird, Titan, and Metropolitan Property & Casualty Insurance Company hereby

19 stipulate:

20        1.       Metropolitan Property & Casualty has filed a motion for summary judgment

21 requesting an order requiring arbitration of the claims against it pursuant to the Independent

22 Agency Agreement.

23        2.       The Independent Agency Agreement also requires pre-arbitration mediation.

24

25        3.       The parties hereby stipulate to an order immediately staying the claims against

26 Metropolitan Property & Casualty, namely the claims entitled, "Breach of Contract / Titan,"

STIPULATION AND ORDER RE: ARBITRATION AND
WITHDRAWAL OF CERTAIN MOTIONS (2:10-cv-00991-TSZ)
Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Doc. No. 127 ¶¶ 3.1 to 3.6, and "Tortious Interference With Business / Contractual Relations,"

Doc. No. 127 ¶¶ 7.1 to 7.6, based on the parties' agreement:

  A. that such arbitration hearing will occur in the third week of October of

2012, although this date is subject to reasonable adjustment in order to accommodate

client schedules;

  B. that the parties will engage in a mediation in Seattle, Washington, in the

third week of September of 2012, although this date is subject to reasonable adjustment

in order to accommodate client schedules;

  C. that the following motions are withdrawn: Plaintiffs' Motion for Partial

Summary Judgment Against Metropolitan Property & Casualty; Metropolitan Property &

Casualty's Motion for Summary Judgment; Metropolitan Property & Casualty's Motion

for a Continuance; and Metropolitan Property & Casualty's Motion to Compel.

 4. This stipulation does not affect the claims between Mr. Bird and Metropolitan

Casualty Insurance Company.

 DATED this 8th day of June, 2012.

//

//

//

//

//

//

//

//

STIPULATION AND ORDER RE: ARBITRATION AND
WITHDRAWAL OF CERTAIN MOTIONS (2:10-cv-00991-TSZ)
Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

KELLER ROHRBACK L.L.P.


By /s/Isaac Ruiz
 William C. Smart, WSBA #8192
 Isaac Ruiz, #35237
 Attorneys for Plaintiffs James and Beverly Bird
 and Titan Insurance
 1201 Third Avenue, Suite 3200
 Seattle, WA 98101
 (206) 623-1900


THENELL LAW GROUP, P.C.


By /s/Daniel E. Thenell
 Daniel E. Thenell, WSBA #37297
 Jillian M. Hinman, WSBA #40665
 Attorneys for Defendant Metropolitan Casualty
 Insurance Company
 10260 SW Greenburg Rd., Suite 400
 Portland, OR 97223
 (503) 892-3942


## II. ORDER

 Pursuant to the stipulation of the parties, docket no. 138, the claims of plaintiffs against Metropolitan Property & Casualty Insurance Company ("Met. P&C") (namely the claims entitled, "Breach of Contract / Titan," Doc. No. 127 ¶¶ 3.1 to 3.6, and "Tortious Interference With Business / Contractual Relations," Doc. No. 127 ¶¶ 7.1 to 7.6) are STAYED until further order, and the following motions are STRICKEN: (i) Met. P&C's motion for continuance,

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1   docket no. 114; (ii) Met. P&C's motion to compel, docket no. 122; (iii) Met. P&C's motion for

2   summary judgment, docket no. 124; and (iv) plaintiffs' motion for partial summary judgment,

3   docket no. 131.

4          DATED this 13th day of June, 2012.

5

6

7

8   THOMAS S. ZILLY
    United States District Judge
9

10

11  Presented by:
    KELLER ROHRBACK L.L.P.
12

13

14  By /s/Isaac Ruiz_____
        William C. Smart, WSBA #8192
15      Isaac Ruiz, WSBA #35237
        Attorneys for Plaintiffs
16

17  THENELL LAW GROUP, P.C.

18

19  By /s/Daniel E. Thenell_____
20      Daniel E. Thenell, WSBA #37297
        Jillian M. Hinman, WSBA #40665
21      Attorneys for Defendant Metropolitan Property
        & Casualty Insurance Company
22      10260 SW Greenburg Rd., Suite 400
        Portland, OR 97223
23      (503) 892-3942

24

25

26

STIPULATION AND ORDER RE: ARBITRATION AND
WITHDRAWAL OF CERTAIN MOTIONS (2:10-cv-00991-TSZ)
Page - 4

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384