UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES BIRD and TITAN INSURANCE,<br><br>       Plaintiffs,<br><br> v.<br><br>METROPOLITAN CASUALTY INSURANCE COMPANY, METROPOLITAN PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>       Defendants. | No. 2:10-cv-00991-TSZ<br><br>STIPULATION AND ORDER RE: ARBITRATION<br><br>AND<br><br>WITHDRAWAL OF CERTAIN MOTIONS |

## I. STIPULATION

James Bird, Titan, and Metropolitan Property & Casualty Insurance Company hereby stipulate:

1. Metropolitan Property & Casualty has filed a motion for summary judgment requesting an order requiring arbitration of the claims against it pursuant to the Independent Agency Agreement.

2. The Independent Agency Agreement also requires pre-arbitration mediation.

3. The parties hereby stipulate to an order immediately staying the claims against Metropolitan Property & Casualty, namely the claims entitled, "Breach of Contract / Titan,"

STIPULATION AND ORDER RE: ARBITRATION AND
WITHDRAWAL OF CERTAIN MOTIONS (2:10-cv-00991-TSZ)
Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Doc. No. 127 ¶¶ 3.1 to 3.6, and "Tortious Interference With Business / Contractual Relations," Doc. No. 127 ¶¶ 7.1 to 7.6, based on the parties' agreement:

  A. that such arbitration hearing will occur in the third week of October of 2012, although this date is subject to reasonable adjustment in order to accommodate client schedules;

  B. that the parties will engage in a mediation in Seattle, Washington, in the third week of September of 2012, although this date is subject to reasonable adjustment in order to accommodate client schedules;

  C. that the following motions are withdrawn: Plaintiffs' Motion for Partial Summary Judgment Against Metropolitan Property & Casualty; Metropolitan Property & Casualty's Motion for Summary Judgment; Metropolitan Property & Casualty's Motion for a Continuance; and Metropolitan Property & Casualty's Motion to Compel.

4. This stipulation does not affect the claims between Mr. Bird and Metropolitan Casualty Insurance Company.

DATED this 8th day of June, 2012.

//

//

//

//

//

//

//

//

//

STIPULATION AND ORDER RE: ARBITRATION AND
WITHDRAWAL OF CERTAIN MOTIONS (2:10-cv-00991-TSZ)
Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

KELLER ROHRBACK L.L.P.


By /s/Isaac Ruiz
   William C. Smart, WSBA #8192
   Isaac Ruiz, #35237
   Attorneys for Plaintiffs James and Beverly Bird
   and Titan Insurance
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101
   (206) 623-1900


THENELL LAW GROUP, P.C.


By /s/Daniel E. Thenell
   Daniel E. Thenell, WSBA #37297
   Jillian M. Hinman, WSBA #40665
   Attorneys for Defendant Metropolitan Casualty
   Insurance Company
   10260 SW Greenburg Rd., Suite 400
   Portland, OR 97223
   (503) 892-3942

## II. ORDER

Pursuant to the stipulation of the parties, docket no. 138, the claims of plaintiffs against Metropolitan Property & Casualty Insurance Company ("Met. P&C") (namely the claims entitled, "Breach of Contract / Titan," Doc. No. 127 ¶¶ 3.1 to 3.6, and "Tortious Interference With Business / Contractual Relations," Doc. No. 127 ¶¶ 7.1 to 7.6) are STAYED until further order, and the following motions are STRICKEN: (i) Met. P&C's motion for continuance,

STIPULATION AND ORDER RE: ARBITRATION AND
WITHDRAWAL OF CERTAIN MOTIONS (2:10-cv-00991-TSZ)
Page - 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

docket no. 114; (ii) Met. P&C's motion to compel, docket no. 122; (iii) Met. P&C's motion for summary judgment, docket no. 124; and (iv) plaintiffs' motion for partial summary judgment, docket no. 131.

DATED this 13th day of June, 2012.

*Thomas S. Zilly*
THOMAS S. ZILLY
United States District Judge

Presented by:
KELLER ROHRBACK L.L.P.


By /s/Isaac Ruiz
    William C. Smart, WSBA #8192
    Isaac Ruiz, WSBA #35237
    Attorneys for Plaintiffs


THENELL LAW GROUP, P.C.


By /s/Daniel E. Thenell
    Daniel E. Thenell, WSBA #37297
    Jillian M. Hinman, WSBA #40665
    Attorneys for Defendant Metropolitan Property
    & Casualty Insurance Company
    10260 SW Greenburg Rd., Suite 400
    Portland, OR 97223
    (503) 892-3942

STIPULATION AND ORDER RE: ARBITRATION AND WITHDRAWAL OF CERTAIN MOTIONS (2:10-cv-00991-TSZ)
Page - 4

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384